# THE SAMUEL LAW FIRM

ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018

PHONE: (212) 563-9884 | FAX: (212) 563-9870 | michael@thesamuellawfirm.com

MICHAEL SAMUEL                    June 1, 2026                    ADMITTED IN NY

_Via ECF; Total Pages: 1_
Honorable Magistrate Judge Gary Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

**RE:**          _Norris v. Costcut Quality Corp, et al_
                 **Docket No. 1:26-cv-01895-RA-GS**

Dear Judge Stein:

This firm represents defendant Chelsea West Properties, LLC ("Defendant") in the above-referenced matter.

Pursuant to Court's Order dated May 29, 2026 (ECF Doc. 33), Plaintiff was directed to file a substantive response to Defendant's letter-motion for discovery conference (ECF Doc 22) by June 1, 2026.

The undersigned respectfully submits this letter, jointly with Plaintiff, to request a three-days extension of time, by June 4, 2026, for Plaintiff to submit his response.

Plaintiff and Defendant are engaged in intensive settlement discussions, which have been very productive. However, the parties require additional time to confer regarding a pending final settlement offer.

This is the fourth request for an extension of this deadline. The requested extension is jointly requested and will not affect any other court appearance or deadline.

We appreciate the Court's attention and courtesies as to this matter.

Respectfully submitted,

Application granted.  Plaintiff
shall file a response by no later
than June 4, 2026.  SO
ORDERED.

/s/ Michael Samuel
By: Michael Samuel, Esq.
The Samuel Law Firm
_Attorneys for Defendant Chelsea West Properties, LLC_

Dated: June 3, 2026
        New York, New York

SO ORDERED:

_Gary Stein_

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE