MEMO ENDORSED

# THE SAMUEL LAW FIRM

ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018

PHONE: (212) 563-9884 | FAX: (212) 563-9870 | michael@thesamuellawfirm.com

**MICHAEL SAMUEL**

June 8, 2026

ADMITTED IN NY

<u>*Via ECF; Total Pages: 1*</u>
Honorable Magistrate Judge Gary Stein
Daniel Patrick Moynihan
United States
Courthouse 500 Pearl
Street
New York, New York 10007

Application granted.  The Court will schedule an initial case management conference.  Further, in light of Defendant's withdrawal of its request for a discovery conference, Plaintiff's request for an extension of time to file its response (Dkt. No. 38) is denied as moot.  Accordingly, the Clerk of Court is respectfully directed to close the letter-motions at Docket Nos. 22, 38, and 39.  SO ORDERED.

Dated: June 11, 2026
New York, New York

*RE :*        ***Norris v. Costcut Quality Corp, et al***
              **Docket No. 1:26-cv-01895-RA-GS**

Dear Judge Stein:

This firm represents defendant Chelsea West Properties, LLC ("Defendant") in the above-referenced matter.

The undersigned respectfully submits this letter to advise the Court that Defendant withdraws, without prejudice, its request for limited discovery conference (ECF Doc. 22).

The undersigned further respectfully requests, jointly with Plaintiff's Counsel, that the Court schedule a conference at the Court's earliest convenience to schedule discovery deadlines.

We appreciate the Court's attention and courtesies as to this matter.

SO ORDERED:

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

   */s/ Michael Samuel*
By: Michael Samuel, Esq.
The Samuel Law Firm
*Attorneys for Defendant Chelsea West Properties, LLC*

Cc: Ben-Zion Bradley Weitz, Esq. (VIA ECF)
    The Weitz Law Firm, P.A.
    *Attorneys for Plaintiff*